IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR EVANS,<br><br>          Plaintiff,<br><br>   vs.<br><br>RIGGS AMBULANCE SERVICE,<br>INC., et al.,<br><br>          Defendant. | No. CV-F-06-1889 OWW/SMS<br><br>ORDER REMANDING ACTION TO<br>MERCED COUNTY SUPERIOR COURT<br>AND DENYING APPLICATION TO<br>PROCEED IN FORMA PAUPERIS |

     Plaintiff, Jamar Evans, proceeding *in pro per*, filed an "Amended Complaint for Personal Injury (Res Ispa Loquitur) Mercy Medical Center for Premises Liability & Professional Negligence" in the Merced County Superior Court, naming as defendants Riggs Ambulance Service, Inc. and Mercy Medical Center.

     On December 27, 2006, Plaintiff filed a Notice of Removal purporting to remove this state court action to this court. Plaintiff also has applied for leave to proceed *in forma pauperis.*

1

1    Pursuant to 28 U.S.C. § 1446(a), only a defendant or
2 defendants may remove an action to federal court.  *See also*
3 Schwarzer, Tashima & Wagstaff, California Practice Guide, Federal
4 Civil Procedure Before Trial, 2D-13 [2:615].  Because this action
5 has been improperly removed, it must be remanded to the Merced
6 County Superior Court.
7    Because this action is not properly before this court, there
8 is no need to determine whether Plaintiff is entitled to proceed
9 *in forma pauperis*.
10    ACCORDINGLY, as set forth above:
11    1.  This action is remanded to the Merced County Superior
12 Court.
13    2.  Plaintiff's application to proceed *in forma pauperis* is
14 denied.
15 IT IS SO ORDERED.
16 **Dated:   January 4, 2007**              **/s/ Oliver W. Wanger**
   668554                                    UNITED STATES DISTRICT JUDGE